# Court of Appeals
# of the State of Georgia

ATLANTA,  June 17, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0495.  IMERYS KAOLIN, INC. v. McDUFFIE COUNTY COMMISSION et al.

We granted Imerys Kaolin, Inc.'s application for discretionary review of an order of the Superior Court of McDuffie County, in which it affirmed the decision of the McDuffie County Commission to deny Imerys Kaolin, Inc.'s application for a special exception to County zoning regulations. After careful review of the entire record in this case, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/17/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen